UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62626-CIV-DIMITROULEAS

MIGUEL NUNEZ,

    Plaintiff,

v.

CITY OF POMPANO BEACH,
a municipal corporation authorized to do
business under the laws of the State of Florida;
and GREGORY P. HARRISON, in his
official capacity as City Manager,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Defendant Gregory Harrison's Motion to Determine Entitlement to Attorney's Fees, Pursuant to 42 U.S.C. § 2000e-5(k) [DE 18], and Magistrate Judge Lurana S. Snow's June 30, 2021 Report and Recommendation (the "Report") [DE 28]. The Court notes that no objections to the Report [DE 28] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 28] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 28] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

1

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 28] is hereby **ADOPTED** and **APPROVED**;

2. Defendant Gregory Harrison's Motion to Determine Entitlement to Attorney's Fees, Pursuant to 42 U.S.C. § 2000e-5(k) [DE 18] is **GRANTED;**

3. Defendant Harrison is hereby authorized to file a motion requesting attorneys' fees in the manner prescribed by Local Rule 7.3, which shall be referred to the Magistrate Judge.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of July, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Hon. Lurana S. Snow