UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-62626-WPD

MIGUEL NUNEZ,

    Plaintiff,

v.

CITY OF POMPANO BEACH,
a municipal corporation authorized to do
business under the laws of the State of Florida;

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

The parties were required to complete mediation within sixty (60) days of the start of the two-week trial period. *See* [DE 24]. That deadline has passed. However, as of the date of this Order, there has been no notification that mediation has been completed.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff, on or before **March 18, 2022**, shall file a mediation report showing the results of the mediation, and if no mediation has occurred, show cause why sanctions, up to and including dismissal, should not be imposed. Failure to respond may result in dismissal of this case.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 11th day of March, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record