UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62626-CIV-DIMITROULEAS (COHN)

MIGUEL NUNEZ,

    Plaintiff,

v.

CITY OF POMPANO BEACH,
a municipal corporation authorized
to do business under the laws of
the State of Florida,

    Defendant.
_____/

## VERDICT FORM

We, the jury, return the following verdict:

### I. RETALIATION UNDER THE FLORIDA PUBLIC WHISTLE-BLOWER'S ACT

Do you find from a preponderance of the evidence:

**QUESTION NO. 1**

That Plaintiff engaged in protected activity under the Florida Public Whistle-Blower's Act?

        YES _____        NO __X__

If your answer is "Yes," go to the next question. If your answer is "No," skip to Question 6.

**QUESTION NO. 2**

That an adverse employment action occurred?

        YES _____        NO _____

If your answer is "Yes," go to the next question. If your answer is "No," skip to Question 6.

**QUESTION NO. 3**

That Defendant terminated Plaintiff's employment because of his protected activity?

      YES _____      NO _____

If your answer is "Yes," go to the next question. If your answer is "No," skip to Question 6.

**QUESTION NO. 4**

That Plaintiff suffered damages because he was terminated?

      YES _____      NO _____

If your answer is "Yes," go to the next question. If your answer is "No," skip to Question 6.

**QUESTION NO. 5**

That Plaintiff should be awarded damages to compensate for a net loss of wages and benefits from the date of his termination to the date of your verdict?

      YES _____      NO _____

If so, in what amount?

_____

II.   **VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

Do you find from a preponderance of the evidence:

**QUESTION NO. 6**

That Defendant terminated Plaintiff's employment?

      YES __X__      NO _____

If your answer is "Yes," go to the next question. If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

**QUESTION NO. 7**

That Plaintiff's race or national origin was a motivating factor that prompted Defendant to terminate Plaintiff's employment?

2

- Plaintiff's race

    YES _____     NO __X__

- Plaintiff's national origin

    YES _____     NO __X__

If you answered "Yes" to either of the above, go to the next question. If you did not answer "Yes" to either of the above, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

**QUESTION NO. 8**

That Plaintiff suffered damages because he was terminated?

    YES _____     NO _____

If your answer is "Yes," go to the next question. If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

**QUESTION NO. 9**

That Plaintiff should be awarded damages to compensate for a net loss of wages and benefits from the date of his termination to the date of your verdict?

    YES _____     NO _____

If so, in what amount?

_____

You have finished your deliberations. Please date and sign the verdict form, and return it to the courtroom.

SO SAY WE ALL this _____ day of May, 2022.

_____
**FOREPERSON**